

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:  FMC Technologies, Inc. v. Richard Murphy and Dril-Quip, Inc.

Appellate case number:  01-21-00455-CV

Trial court case number:  2020-63081

Trial court:  127th District Court of Harris County

On September 12, 2022, appellees, Richard Murphy and Dril-Quip, Inc., filed an Unopposed Motion to File Hyperlinked Appellees' Brief. Appellees' motion is **granted**.


It is so ORDERED.


Judge's signature: _____/s/ Julie Countiss_____
                ☑ Acting individually    ☐ Acting for the Court

Date:  ___September 15, 2022_____